Richard P. Norton
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone:   (212) 309-1000
Facsimile:   (212) 309-1100

*Attorneys for Plaintiff Comerica Bank*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

COMERICA BANK,

                Plaintiff,                      **NOTICE OF MOTION**

v.

DENNIS SCIALPI,                           12-cv-00897-ERK-SMG

                Defendant.

-------------------------------------------------------------X

      PLEASE TAKE NOTICE that Plaintiff Comerica Bank ("Plaintiff" or "Comerica"), by its attorneys, Hunton & Williams LLP, hereby moves the Clerk for an order pursuant to Fed.R.Civ.P. 55(b)(1) and Local Rule 55.2(a), directing entry of default judgment against Defendant Dennis Scialpi ("Defendant" or "Scialpi").

      In accordance with Local Rule 55.2, Comerica's motion is supported by the Affidavit of Richard P. Norton; the Clerk's certificate of entry of default in accordance with Fed.R.Civ.P. 55(a) and Local Rule 55.2(a); and a proposed form of default judgment.

      WHEREFORE, Comerica respectfully requests that the Clerk direct entry of judgment against Defendant by entering the proposed form of default judgment submitted herewith.

Dated: New York, New York
       May 3, 2012                             HUNTON & WILLIAMS LLP

                                          */s/ Richard P. Norton*
                                          Richard P. Norton
                                          Robert A. Rich
                                          200 Park Avenue, 53rd Floor
                                          New York, New York 10166-0136
                                          Telephone:   (212) 309-1000
                                          Facsimile:   (212) 309-1100

                                          *Attorneys for Plaintiff Comerica Bank*

## **DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk for the law firm of Hunton & Williams LLP, attorneys Plaintiff Comerica Bank.

That on May 3, 2012, I served a true copy of the attached *Motion for Entry of Default Judgment,* on the Defendant, via First Class Mail, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2012.

/s/Bradford C. Mulder
Bradford C. Mulder

TO:  Dennis Scialpi
     34 Julieanne Court
     Staten Island, New York 10304