## **EXHIBIT B**

**COPY OF CERTIFICATE OF DEFAULT**

Case 1:12-cv-00897-ERK-SMG   Document 6-3   Filed 05/03/12   Page 2 of 2 PageID #: 55
Case 1:12-cv-00897-ERK-SMG   Document 5   Filed 04/06/12   Page 1 of 1 PageID #: 28
Case 1:12-cv-00897-ERK-SMG   Document 3-2   Filed 04/02/12   Page 1 of 1 PageID #: 26

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COMERICA BANK,

                Plaintiff,

v.

DENNIS SCIALPI,

                Defendant.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR - 6 2012 ★
BROOKLYN OFFICE

**CERTIFICATE OF DEFAULT**

12-cv-00897-ERK-SMG

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant Dennis Scialpi has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Dennis Scialpi is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: April 6, 2012
Brooklyn, New York

DOUGLAS C. PALMER, Clerk of the Court

By: _Janet Hamilton_
     Deputy Clerk