<u>**EXHIBIT C**</u>

**FORM OF DEFAULT JUDGMENT**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COMERICA BANK,

                    Plaintiff,

v.

DENNIS SCIALPI,

                    Defendant.

-----------------------------------------------------------------X

**DEFAULT JUDGMENT**

12-cv-00897-ERK-SMG

This matter came before the Court upon the Motion for Entry of Default Judgment (the "Motion") pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 55.2 filed by the Plaintiff; and having reviewed the Affidavit of Richard P. Norton filed in support of the Motion; and it appearing that (i) the summons and complaint in this proceeding were properly served upon the above-captioned defendant (the "Defendant"), (ii) the Defendant has failed to answer, file a responsive pleading or otherwise respond to the complaint, (iii) the time for filing responsive pleadings has expired, (iv) the Defendant is in default, (v) the amount sought in the Motion is a sum certain, (vi) default was entered against the Defendant by the Clerk of the Court and (vii) the Defendant is not an infant or incompetent; and it further appears that the Defendant is indebted to the Plaintiff in the principal amount of $4,671,301.38, plus accrued interest in the amount of $303,678.02, which interest continues to accrue at the rate of $1,245.91 per day.

ORDERED, ADJUDGED AND DECREED:  that Plaintiff, Comerica Bank, recover of defendant, Dennis Scialpi, the sum of $4,671,301.38, with interest thereon accrued in the sum of $303,678.02, making in all a sum of $4,974,979.40 due Comerica Bank, and post-judgment interest as allowable by law, and that Plaintiff Comerica Bank have execution therefore.

Dated: _____   _____

Clerk of the Court